PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA



FILED

07 JAN -9 PM 3: 43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

U. S. A. vs. Kasper, Thomas
Register # 11042-112

Docket No. 04CR1765JM-002

### Petition for action of Conditions of Pretrial Release

Comes now Carlos Gutierrez Pretrial Services Officer presenting an official report upon the conduct of defendant Kasper, Thomas who was placed under pretrial release supervision by the Honorable Roger C. McKee sitting in the court at San Diego, on the 22 day of July, 2004, under the following conditions:

**General Conditions**: not commit a federal, state, or local crime during the period of release; make all court appearances.

**Special Conditions**: restrict travel to the State of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated**: not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C § 802 without a lawful medical prescription.

1. On July 28, 2004, the defendant submitted a urine specimen which confirmed positive for cocaine.

2. On April 19, 2006, the defendant advised Pretrial Services using cocaine in the month of April 2006.

**Grounds for Violation**: Pretrial Services received and reviewed written laboratory notification from Quest Diagnostics which verifies the urine sample provided by the defendant on July 28, 2004, confirmed positive for cocaine. Furthermore, on April 19, 2006, the defendant admitted to Pretrial Services Officer Damion Davis that he used cocaine a couple of weeks before April 19, 2006.

**Condition Violated**: not commit a federal, state, or local crime during the period of release.

3. On November 26, 2006, the defendant was Driving Under the Influence of Alcohol as evidenced by Santa Barbara Police Department incident report #06-26326.

**Grounds for Violation**: On December 28, 2006, the undersigned received and reviewed incident report #06-26326 from Santa Barbara Police Department. My review of the report notes on November 26, 2006, Santa Barbara Police Officer Zbinden was dispatched to assist on a non-injury traffic collision involving a suspected impaired driver in the area of 2800 block of Puesta Del Sol. When officer Zbinden arrived on the location, the defendant was outside of his vehicle, seated on the ground. The officer observed evidence of a moderate traffic collision involving three parked cars and the vehicle belonging to the defendant. Upon arrival, officer Zbinden was advised that witnesses had placed the defendant behind the wheel of his Toyota Highlander shortly after the collision and the defendant had admitted being the driver of the vehicle.

Officer Zbinden approached the defendant and observed objective symptoms of extreme intoxication. The defendant was unable to stand up and had difficulty speaking. The defendant was transported to the Santa Barbara Police Station where Officer Zbinden performed an e-PAS data BAC test on the defendant and obtained a reading of .17 BAC and .16, respectively, for tests one and two. Based on this evidence, the defendant was arrested and charged with VC- 23152 (a) (b): Driving Under the Influence of Alcohol. The defendant was booked and released on that same date. The defendant is schedule to appear at Santa Barbara Superior Court on January 10, 2007, at 8:30 a.m. for arraignment

KASPER, THOMAS
PAGE 2

**PRAYING THAT THE COURT WILL ORDER A NO-BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST SO THAT HE MAY BE BROUGHT BEFORE THE COURT AND SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this __8th__ day of __Jan.__, 20__07__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge Jeffrey T. Miller

I declare under penalty of perjury that the forgoing is true and correct

Executed on: __1-8-07__

Respectfully, _____
Carlos Gutierrez, U.S. Pretrial Services Officer

Place __El Centro, California__

Date __January 8, 2007__