FILED
2007 AUG 17 AM 10: 31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (THE HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br>  Plaintiff,<br>vs.<br>THOMAS C. KASPER,<br>  Defendant, | Case No. 04CR-1765-JM<br><br>**ORDER GRANTING<br>CONTINUANCE OF<br>SELF-SURRENDER DATE** |

**IT IS HEREBY ORDERED**, that the self-surrender date to a Bureau of Prison institution presently set for August 15, 2007 at 5:00 p.m. be continued to November 14, 2007 at 5:00 p.m.

**IT IS FURTHER ORDERED**, that if the defendant does not self-surrender directly to the institution on November 14, 2007, he is to appear before the Court on November 16, 2007 at 9:00 a.m. to self-surrender.

**IT IS SO ORDERED.**

Dated: 8/16/07

_____
HON. JEFFREY T. MILLER
U.S. District Court Judge

---

*Order Granting Continuance of Self-Surrender Date, U.S. v. Kasper, 04cr-1765-JM*