# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES GOVERNMENT, | CASE NO. 04 CR 1765 JM |
|---|---|
| Plaintiff, | **ORDER GRANTING CONTINUANCE OF SELF-SURRENDER DATE** |
| vs. | |
| THOMAS C. KASPER, | |
| Defendant. | |

**IT IS HEREBY ORDERED**, that the self-surrender date to a Bureau of Prison institution presently set for November 14, 2007 at 5:00 p.m. be continued to December 12, 2007 at 5:00 p.m.

**IT IS FURTHER ORDERED**, that if the defendant does not self-surrender directly to the institution on December 12, 2007, he is to appear before the court on December 14, 2007 at 9:00 a.m. to self-surrender.

**IT IS SO ORDERED.**

DATED: November 14, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

- 1 -

04cr1765